UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

**In Re:**                                                                        **Case No.**
Henry G. Prescott                                                          04−11605
Barbara C. Prescott                                                      **Chapter  7**
**Debtor(s)**                                                                **Section B**

## NOTICE OF FILING OF CLAIM
## UNDER BANKRUPTCY RULE 3004

**To:  Tenet Memorial Medical Center**

On 10/30/13, a Proof of Claim bearing **Claim Number 22** was electronically filed on behalf of **Tenet Memorial Medical Center** by the Chapter 7 Trustee, Aaron E. Caillouet, in Accordance with **Bankruptcy Rule 3004**.

Dated:  October 31, 2013.

By:   Jennifer Nunnery
_____
Case Administrator