# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

In re: PRESCOTT, HENRY G § Case No. 04-11605-B
   PRESCOTT, BARBARA C. §
                           §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 10, 2004. The undersigned trustee was appointed on March 10, 2004.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of   $   915,834.66

  Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 116,856.13 |
| Bank service fees | 27,413.95 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 771,564.58 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/18/2013 and the deadline for filing governmental claims was 09/06/2004. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $21,659.10. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $21,659.10, for a total compensation of $21,659.10.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $89.16, for total expenses of $89.16.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/06/2015            By: /s/AARON CAILLOUET
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 04-11605-B  
**Case Name:** PRESCOTT, HENRY G  
PRESCOTT, BARBARA C.  
**Period Ending:** 06/06/15

**Trustee:** (380220) AARON CAILLOUET  
**Filed (f) or Converted (c):** 03/10/04 (f)  
**§341(a) Meeting Date:** 04/12/04  
**Claims Bar Date:** 02/18/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | #6 Maurepas Lane, Kenner, LA | 160,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | First Bank & Trust Checking | 25.00 | 0.00 | OA | 0.00 | FA |
| 3 | Household goods and furnishings | 3,500.00 | 0.00 | OA | 0.00 | FA |
| 4 | 2 TVs, VCR | 350.00 | 0.00 | OA | 0.00 | FA |
| 5 | Clothing and Personal Effects | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | Costume Jewelry | 50.00 | 0.00 | OA | 0.00 | FA |
| 7 | 1 single barrel shotgun | 50.00 | 0.00 | OA | 0.00 | FA |
| 8 | Pan America Life Insurance | 0.00 | 0.00 | OA | 0.00 | FA |
| 9 | IRA w/ First Bank & Trust | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 10 | His Interest | 500.00 | 0.00 | OA | 0.00 | FA |
| 11 | Her Interest | 500.00 | 0.00 | OA | 0.00 | FA |
| 12 | 1998 Ford Crown Victoria | 8,000.00 | 0.00 | OA | 0.00 | FA |
| 13 | 1995 Mustang; titled in his name | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 14 | 1994 Pontiac Bonneville | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 15 | 50% int: in 5 tracts of farmland, Bureau CO, IL (u)<br>Motion to sell and employ auctioneer approved by order dated 2/27/13 | 0.00 | 915,834.66 | | 915,834.66 | FA |
| 15 | **Assets Totals** (Excluding unknown values) | **$179,975.00** | **$915,834.66** | | **$915,834.66** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** May 31, 2013    **Current Projected Date Of Final Report (TFR):** December 31, 2015

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 04-11605-B | | Trustee: | AARON CAILLOUET (380220) |
|---|---|---|---|---|
| Case Name: | PRESCOTT, HENRY G | | Bank Name: | Rabobank, N.A. |
| | PRESCOTT, BARBARA C. | | Account: | ******7066 - Checking Account |
| Taxpayer ID #: | **-***6398 | | Blanket Bond: | $27,366,118.00  (per case limit) |
| Period Ending: | 06/06/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/12/13 | {15} | Nash Nash Bean & Ford, LLP | Sale of property | 1210-000 | 287.07 | | 287.07 |
| 08/12/13 | {15} | Nash Nash Bean & Ford, LLP | Sale of property | 1210-000 | 96,821.42 | | 97,108.49 |
| 08/12/13 | {15} | Nash Nash Bean & Ford, LLP | Sale of property | 1210-000 | 113,053.25 | | 210,161.74 |
| 08/12/13 | {15} | Nash Nash Bean & Ford, LLP | Sale of property | 1210-000 | 148,213.17 | | 358,374.91 |
| 08/12/13 | {15} | Nash Nash Bean & Ford, LLP | Sale of property | 1210-000 | 557,459.75 | | 915,834.66 |
| 08/30/13 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 746.46 | 915,088.20 |
| 09/25/13 | 101 | Gordon, Arata, McCollam, Duplantis, & Eagan, LLC | Order dated 9/23/2013 | | | 24,395.07 | 890,693.13 |
| | | | Atty fees            24,271.50 | 3210-000 | | | 890,693.13 |
| | | | Atty expenses           123.57 | 3220-000 | | | 890,693.13 |
| 09/30/13 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,272.34 | 889,420.79 |
| 10/31/13 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,410.86 | 888,009.93 |
| 11/29/13 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,192.12 | 886,817.81 |
| 12/31/13 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,403.17 | 885,414.64 |
| 01/31/14 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,315.99 | 884,098.65 |
| 02/19/14 | 102 | Aaron Caillouet, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/24/2014 FOR CASE #04-11605 | 2300-000 | | 739.78 | 883,358.87 |
| 02/28/14 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,186.76 | 882,172.11 |
| 03/31/14 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,226.58 | 880,945.53 |
| 04/30/14 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 1,351.70 | 879,593.83 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,265.16 | 878,328.67 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,221.23 | 877,107.44 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,387.86 | 875,719.58 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,217.60 | 874,501.98 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,341.69 | 873,160.29 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,297.77 | 871,862.52 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,128.64 | 870,733.88 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,419.46 | 869,314.42 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,250.38 | 868,064.04 |
| 02/25/15 | 103 | Aaron Caillouet, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/27/2015 FOR CASE #04-11605 | 2300-000 | | 522.28 | 867,541.76 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,165.34 | 866,376.42 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,329.30 | 865,047.12 |
| 04/14/15 | 104 | Illinois Department of Revenue | State taxes period ending 7/31/2014 | 2820-000 | | 18,665.00 | 846,382.12 |
| 04/14/15 | 105 | Internal Revenue Service | Federal Income Tax period ending 7/31/2014 | 2810-000 | | 72,534.00 | 773,848.12 |

Subtotals :                                         $915,834.66        $141,986.54

{} Asset reference(s)

Printed: 06/06/2015 08:45 AM     V.13.23

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 04-11605-B  
**Case Name:** PRESCOTT, HENRY G  
PRESCOTT, BARBARA C.  
**Taxpayer ID #:** **-***6398  
**Period Ending:** 06/06/15  

**Trustee:** AARON CAILLOUET (380220)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7066 - Checking Account  
**Blanket Bond:** $27,366,118.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,209.26 | 772,638.86 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,074.28 | 771,564.58 |
| | | | **ACCOUNT TOTALS** | | 915,834.66 | 144,270.08 | **$771,564.58** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 915,834.66 | 144,270.08 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$915,834.66** | **$144,270.08** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7066** | 915,834.66 | 144,270.08 | 771,564.58 |
| | **$915,834.66** | **$144,270.08** | **$771,564.58** |

{} Asset reference(s)

Printed: 06/06/2015 08:45 AM V.13.23

## Exhibit C - Claims Analysis

### Case:  04-11605-B   PRESCOTT, HENRY G

**Case Balance:** $771,564.58    **Total Proposed Payment:** $771,564.58    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | AARON CAILLOUET <2200-00  Trustee Expenses> | Admin Ch. 7 | 89.16 | 89.16 | 0.00 | 89.16 | 89.16 | 771,475.42 |
| | AARON CAILLOUET <2100-00  Trustee Compensation> | Admin Ch. 7 | 21,659.10 | 21,659.10 | 0.00 | 21,659.10 | 21,659.10 | 749,816.32 |
| | Claim Memo:  [Updated by Surplus to Debtor Report based on Net Estate Value: 368182.08] | | | | | | | |
| 1 | Discover Bank | Unsecured | 10,520.20 | 10,520.20 | 0.00 | 10,520.20 | 10,520.20 | 739,296.12 |
| 1I | Discover Bank | Unsecured | 1,455.29 | 1,455.29 | 0.00 | 1,455.29 | 1,455.29 | 737,840.83 |
| 2 | Capital One Bank (USA), N.A. | Unsecured | 3,428.83 | 3,428.83 | 0.00 | 3,428.83 | 3,428.83 | 734,412.00 |
| 2I | Capital One Bank (USA), N.A. | Unsecured | 474.32 | 474.32 | 0.00 | 474.32 | 474.32 | 733,937.68 |
| 3 | PYOD LLC its successors and assigns | Unsecured | 7,786.77 | 7,786.77 | 0.00 | 7,786.77 | 7,786.77 | 726,150.91 |
| 3I | PYOD LLC its successors and assigns | Unsecured | 1,077.17 | 1,077.17 | 0.00 | 1,077.17 | 1,077.17 | 725,073.74 |
| 4 | PYOD LLC its successors and assigns | Unsecured | 7,893.04 | 7,893.04 | 0.00 | 7,893.04 | 7,893.04 | 717,180.70 |
| 4I | PYOD LLC its successors and assigns | Unsecured | 1,091.87 | 1,091.87 | 0.00 | 1,091.87 | 1,091.87 | 716,088.83 |
| 5 | AT&T | Unsecured | 8,305.65 | 8,305.65 | 0.00 | 8,305.65 | 8,305.65 | 707,783.18 |
| 5I | AT&T | Unsecured | 1,148.94 | 1,148.94 | 0.00 | 1,148.94 | 1,148.94 | 706,634.24 |
| 6 | Bank of America | Unsecured | 10,074.93 | 10,074.93 | 0.00 | 10,074.93 | 10,074.93 | 696,559.31 |
| 6I | Bank of America | Unsecured | 1,393.69 | 1,393.69 | 0.00 | 1,393.69 | 1,393.69 | 695,165.62 |
| 7 | Bank of America | Unsecured | 11,372.03 | 11,372.03 | 0.00 | 11,372.03 | 11,372.03 | 683,793.59 |
| 7I | Bank of America | Unsecured | 1,573.13 | 1,573.13 | 0.00 | 1,573.13 | 1,573.13 | 682,220.46 |
| 8 | Citi | Unsecured | 8,478.20 | 8,478.20 | 0.00 | 8,478.20 | 8,478.20 | 673,742.26 |
| 8I | Citi | Unsecured | 1,172.81 | 1,172.81 | 0.00 | 1,172.81 | 1,172.81 | 672,569.45 |
| 9 | Dillard | Unsecured | 698.37 | 698.37 | 0.00 | 698.37 | 698.37 | 671,871.08 |
| 9I | Dillard | Unsecured | 96.61 | 96.61 | 0.00 | 96.61 | 96.61 | 671,774.47 |
| 10 | Dillard | Unsecured | 519.58 | 519.58 | 0.00 | 519.58 | 519.58 | 671,254.89 |
| 10I | Dillard | Unsecured | 71.87 | 71.87 | 0.00 | 71.87 | 71.87 | 671,183.02 |
| 11 | Dr. Thomas Thiele | Unsecured | 130.00 | 130.00 | 0.00 | 130.00 | 130.00 | 671,053.02 |
| 11I | Dr. Thomas Thiele | Unsecured | 17.98 | 17.98 | 0.00 | 17.98 | 17.98 | 671,035.04 |
| 12 | Frost Arnett Company | Unsecured | 850.00 | 850.00 | 0.00 | 850.00 | 850.00 | 670,185.04 |
| 12I | Frost Arnett Company | Unsecured | 117.58 | 117.58 | 0.00 | 117.58 | 117.58 | 670,067.46 |
| 13 | GM Card | Unsecured | 17,111.15 | 17,111.15 | 0.00 | 17,111.15 | 17,111.15 | 652,956.31 |
| 13I | GM Card | Unsecured | 2,367.03 | 2,367.03 | 0.00 | 2,367.03 | 2,367.03 | 650,589.28 |

# Exhibit C - Claims Analysis

## Case:  04-11605-B   PRESCOTT, HENRY G

**Case Balance:** $771,564.58     **Total Proposed Payment:** $771,564.58     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---:|---:|---:|---:|---:|---:|
| 14 | Macy's | Unsecured | 2,310.43 | 2,310.43 | 0.00 | 2,310.43 | 2,310.43 | 648,278.85 |
| 14I | Macy's | Unsecured | 319.61 | 319.61 | 0.00 | 319.61 | 319.61 | 647,959.24 |
| 15 | MBNA America | Unsecured | 16,451.33 | 16,451.33 | 0.00 | 16,451.33 | 16,451.33 | 631,507.91 |
| 15I | MBNA America | Unsecured | 2,275.76 | 2,275.76 | 0.00 | 2,275.76 | 2,275.76 | 629,232.15 |
| 16 | MBNA America | Unsecured | 16,771.14 | 16,771.14 | 0.00 | 16,771.14 | 16,771.14 | 612,461.01 |
| 16I | MBNA America | Unsecured | 2,320.00 | 2,320.00 | 0.00 | 2,320.00 | 2,320.00 | 610,141.01 |
| 17 | Medical Center of LA | Unsecured | 231.00 | 231.00 | 0.00 | 231.00 | 231.00 | 609,910.01 |
| 17I | Medical Center of LA | Unsecured | 31.95 | 31.95 | 0.00 | 31.95 | 31.95 | 609,878.06 |
| 18 | National Asset Management | Unsecured | 698.37 | 698.37 | 0.00 | 698.37 | 698.37 | 609,179.69 |
| 18I | National Asset Management | Unsecured | 96.61 | 96.61 | 0.00 | 96.61 | 96.61 | 609,083.08 |
| 19 | Redline Recovery | Unsecured | 10,520.20 | 10,520.20 | 0.00 | 10,520.20 | 10,520.20 | 598,562.88 |
| 19I | Redline Recovery | Unsecured | 1,455.29 | 1,455.29 | 0.00 | 1,455.29 | 1,455.29 | 597,107.59 |
| 20 | Southern Credit Recovery | Unsecured | 340.00 | 340.00 | 0.00 | 340.00 | 340.00 | 596,767.59 |
| 20I | Southern Credit Recovery | Unsecured | 47.03 | 47.03 | 0.00 | 47.03 | 47.03 | 596,720.56 |
| 21 | Stokes & Clinton | Unsecured | 519.58 | 519.58 | 0.00 | 519.58 | 519.58 | 596,200.98 |
| 21I | Stokes & Clinton | Unsecured | 71.87 | 71.87 | 0.00 | 71.87 | 71.87 | 596,129.11 |
| 22 | Tenet Memorial Medical Center | Unsecured | 37,326.10 | 37,326.10 | 0.00 | 37,326.10 | 37,326.10 | 558,803.01 |
| 22I | Tenet Memorial Medical Center | Unsecured | 5,163.43 | 5,163.43 | 0.00 | 5,163.43 | 5,163.43 | 553,639.58 |
| | Clerk, U.S. Bankruptcy Court | Admin Ch. 7 | 260.00 | 260.00 | 0.00 | 260.00 | 260.00 | 553,379.58 |
| | <2700-00   Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
| | **Claim Memo:**   OUTSTANDING FILING FEE TO REOPEN | | | | | | | |
| | Deloitte Tax LLP | Admin Ch. 7 | 202.00 | 202.00 | 0.00 | 202.00 | 202.00 | 553,177.58 |
| | <3420-00   Accountant for Trustee Expenses (Other Firm)> | | | | | | | |
| | **Claim Memo:**   Order dated 6-3-2015 | | | | | | | |
| | Deloitte Tax LLP | Admin Ch. 7 | 5,525.00 | 5,525.00 | 0.00 | 5,525.00 | 5,525.00 | 547,652.58 |
| | <3410-00   Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| | **Claim Memo:**   Order dated 6-3-2015 | | | | | | | |
| SURPLUS | PRESCOTT, HENRY G | Unsecured | 547,652.58 | 547,652.58 | 0.00 | 547,652.58 | 547,652.58 | 0.00 |

# Exhibit C - Claims Analysis

## Case:  04-11605-B   PRESCOTT, HENRY G

**Case Balance:** $771,564.58   **Total Proposed Payment:** $771,564.58   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Total for Case 04-11605 :** | | **$771,564.58** | **$771,564.58** | **$0.00** | **$771,564.58** | **$771,564.58** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $27,735.26 | $27,735.26 | $0.00 | $27,735.26 | 100.000000% |
| **Total Unsecured Claims :** | $743,829.32 | $743,829.32 | $0.00 | $743,829.32 | 100.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 04-11605-B
Case Name: PRESCOTT, HENRY G
Trustee Name: AARON CAILLOUET

**Balance on hand:** $ 771,564.58

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 771,564.58

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - AARON CAILLOUET | 21,659.10 | 0.00 | 21,659.10 |
| Trustee, Expenses - AARON CAILLOUET | 89.16 | 0.00 | 89.16 |
| Accountant for Trustee, Fees - Deloitte Tax LLP | 5,525.00 | 0.00 | 5,525.00 |
| Accountant for Trustee, Expenses - Deloitte Tax LLP | 202.00 | 0.00 | 202.00 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

Total to be paid for chapter 7 administration expenses: $ 27,735.26
Remaining balance: $ 743,829.32

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 743,829.32

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 743,829.32 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,520.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 10,520.20 | 0.00 | 10,520.20 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 10,520.20 |
| Remaining balance: | $ | 733,309.12 |

Tardily filed claims of general (unsecured) creditors totaling $ 161,816.70 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Capital One Bank (USA), N.A. | 3,428.83 | 0.00 | 3,428.83 |
| 3 | PYOD LLC its successors and assigns | 7,786.77 | 0.00 | 7,786.77 |
| 4 | PYOD LLC its successors and assigns | 7,893.04 | 0.00 | 7,893.04 |
| 5 | AT&T | 8,305.65 | 0.00 | 8,305.65 |
| 6 | Bank of America | 10,074.93 | 0.00 | 10,074.93 |
| 7 | Bank of America | 11,372.03 | 0.00 | 11,372.03 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 8 | Citi | 8,478.20 | 0.00 | 8,478.20 |
| 9 | Dillard | 698.37 | 0.00 | 698.37 |
| 10 | Dillard | 519.58 | 0.00 | 519.58 |
| 11 | Dr. Thomas Thiele | 130.00 | 0.00 | 130.00 |
| 12 | Frost Arnett Company | 850.00 | 0.00 | 850.00 |
| 13 | GM Card | 17,111.15 | 0.00 | 17,111.15 |
| 14 | Macy's | 2,310.43 | 0.00 | 2,310.43 |
| 15 | MBNA America | 16,451.33 | 0.00 | 16,451.33 |
| 16 | MBNA America | 16,771.14 | 0.00 | 16,771.14 |
| 17 | Medical Center of LA | 231.00 | 0.00 | 231.00 |
| 18 | National Asset Management | 698.37 | 0.00 | 698.37 |
| 19 | Redline Recovery | 10,520.20 | 0.00 | 10,520.20 |
| 20 | Southern Credit Recovery | 340.00 | 0.00 | 340.00 |
| 21 | Stokes & Clinton | 519.58 | 0.00 | 519.58 |
| 22 | Tenet Memorial Medical Center | 37,326.10 | 0.00 | 37,326.10 |

Total to be paid for tardy general unsecured claims: $ 161,816.70
Remaining balance: $ 571,492.42

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 571,492.42

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 1.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $23,839.84. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 547,652.58.

**UST Form 101-7-TFR (05/1/2011)**